1  Timothy K. Quick  SBN 163602
   **Law Offices of Timothy K. Quick**
2  3502 Katella Avenue
   Los Alamitos, CA  90720
3  Telephone (562) 799-6020
   Facsimile: (877) 803-7252
4
5  Attorney for Debtor, Salubrious Pharmaceutical LLC
6

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO DIVISION

| | |
|---|---|
| In re | Case No.: 1:14-BK-13835 MT |
| SALUBRIOUS PHARMACEUTICAL LLC., | Chapter 11 |
| Debtor. | **DECLARATION OF GEORGE H. NELSON, MANAGER/MEMBER OF SALUBRIOUS PHARMACEUTICAL LLC** |

## DECLARATION OF GEORGE H. NELSON

**I, George H. Nelson, declare:**

1. The following facts are within my personal knowledge and if called to testify I could and would do so competently.

2. No balance sheet, statement of operations, or cash-flow statement has been prepared for Salubrious Pharmaceutical LLC.

3. No Federal tax return has been filed for Salubrious Pharmaceutical LLC.

DECLARATION GEORGE H. NELSON - 1

1  I declare under the penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct. Executed this 21st day of August, 2014 at Los Angeles,
3  California.

*[signature]*

George H. Nelson